*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  June 16, 2016                    521881
_____

In the Matter of CARLOS
    RODRIGUEZ,
                        Appellant,

        v
                                              MEMORANDUM AND ORDER
STATE OF NEW YORK DEPARTMENT
    OF CORRECTIONS AND
    COMMUNITY SUPERVISION,
                        Respondent.
_____

Calendar Date:  May 3, 2016

Before:  Lahtinen, J.P., Egan Jr., Rose, Clark and Mulvey, JJ.

                        _____

        Carlos Rodriguez, Wallkill, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Laura
Etlinger of counsel), for respondent.

                        _____

        Appeal from a judgment of the Supreme Court (Koweek, J.),
entered October 2, 2015 in Columbia County, which, in a
proceeding pursuant to CPLR article 78, granted respondent's
motion to dismiss the petition.

        Petitioner commenced this CPLR article 78 proceeding
seeking to expunge allegedly inaccurate mental health information
contained in his security classification records.  In lieu of an
answer, respondent moved to dismiss the petition as moot on the
ground that the objectionable information has since been deleted.
Supreme Court granted the motion and this appeal ensued.

        Respondent concedes, and we agree, that, to the extent that
petitioner's security classification records reflect petitioner's

prior designation as an Office of Mental Health service level 1, the matter is not moot.  Given that respondent has not had the opportunity to submit an answer on the merits of the petition, the matter must be remitted to Supreme Court for further proceedings (see e.g. Matter of Kairis v Smith, 129 AD3d 1426, 1426 [2015]; Matter of Hammond v LaValley, 117 AD3d 1266, 1267 [2014]).

        Lahtinen, J.P., Egan Jr., Rose, Clark and Mulvey, JJ., concur.

        ORDERED that the judgment is reversed, on the law, without costs, motion denied, and matter remitted to the Supreme Court to permit respondent to serve an answer within 20 days of the date of this Court's decision.

ENTER:

Robert D. Mayberger
Clerk of the Court